No. 1082. Master Time Co., Ltd. v. DeJongh, Commissioner of the Department of Finance of the Virgin Islands. C. A. 3d Cir. Certiorari denied. The Chief Justice and Mr. Justice Douglas are of the opinion that certiorari should be granted. Mr. Justice Fortas took no part in the consideration or decision of this petition. *Warren H. Young* for petitioner. *Francisco Corneiro,* Attorney General of the Virgin Islands, and *Bruce MacGibbon,* Assistant Attorney General, for respondent. 

No. 1163. Virgo Corp. v. Paiewonsky, Governor of the Virgin Islands, et al. C. A. 3d Cir. Motion of Antilles Industries, Inc., for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. The Chief Justice and Mr. Justice Douglas are of the opinion that certiorari should be granted. Mr. Justice Fortas took no part in the consideration or decision of this motion and petition. *William Simon, John Bodner, Jr.,* and *Gerald Kadish* for petitioner. *Francisco Corneiro,* Attorney General of the Virgin Islands, and *Bruce MacGibbon,* Assistant Attorney General, for respondents Paiewonsky et al. *John D. Conner, Ashley Sellers* and *George C. Davis* for Antilles Industries, Inc., as *amicus curiae,* in support of the petition. 

No. 1151, Misc. Gifford v. United States. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1216. Paul v. Dade County, Florida, et al. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Alfred I. Hopkins* for petitioner. *Thomas C. Britton* and *St. Julien P. Rosemond* for respondents.